ORIGINAL

UNITED STATES COURT OF
FEDERAL CLAIMS

FILED
MAY - 4 2006
U.S. COURT OF
FEDERAL CLAIMS

Tickets.com, Inc.

-v-

UNITED STATES OF AMERICA

Case No.: 06-361 T

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tickets.com, Inc. (a private non-governmental party) certifies that Tickets.com, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

**Date:** May 1, 2006

**By:** Paul L. [signature]
Signature of Attorney

NY01/TORMC/1100324.1