# In the United States Court of Federal Claims

No. 06-361T
(Filed November 2, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**TICKETS.COM, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to Rule 16 of the Rules of the United States Court of Federal Claims, the Court will hold a preliminary scheduling conference in this matter via telephone today at 10:30 a.m.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge