No. 06-361 T
Judge Victor J. Wolski

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TICKETS.COM, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's Order, dated November 2, 2006, that the parties report the settlement status of the above-captioned case.

Plaintiff has its documentary proof and will be producing it to Defendant shortly, after which time the parties expect to be able to agree on the amount of any overpayment owed to Plaintiff. Plaintiff is considering dismissing this case without prejudice and pursuing its claim for a refund administratively with the IRS. Plaintiff expects to reach a decision on whether to dismiss the case without prejudice and pursue its claim administratively within thirty (30) days. It is respectfully submitted that the parties submit another joint status report in thirty (30) days if the matter has not been settled or dismissed without prejudice within that time.

The parties do not know of any other information of which the Court should be aware at this time.

Defendant joins in this status report, and has authorized Plaintiff to sign in its behalf.

Respectfully submitted,

**KELLEY DRYE & WARREN LLP**

By: /s/ Paul L. Kattas
Paul L. Kattas, Esq.
Jacob J. Miles, Esq.
Joseph A. Boyle, Esq.
**Attorneys for Plaintiff**

By: /s/Jacob Christensen [with consent]
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

January 31, 2007

s/G. Robson Stewart [with consent]
Of Counsel