# In the United States Court of Federal Claims

No. 06-361T
(Filed March 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
**TICKETS.COM, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the Joint Status Report filed March 2, 2007. As suggested in that report, the parties shall file a further Joint Status Report on or by April 2, 2007, if this matter is not settled or dismissed without prejudice by that date.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge