**No. 06-361 T**
**Judge Victor J. Wolski**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**TICKETS.COM, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant.**

**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to RCFC 41(a), it is hereby stipulated and agreed by and between the under-signed attorneys for the respective parties hereto that the above-captioned action be dismissed without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: March 27, 2007

KELLEY DRYE & WARREN LLP

***/s/ Paul L. Kattas***
Paul L. Kattas, Esq.
Attorney of Record
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, New Jersey 07054
Voice: (973) 503-5924
Fax: (973) 503-5950

Attorneys for Plaintiff

THE UNITED STATES

***s/Jacob Christensen*** (with consent)
Jacob E. Christensen, Esq.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
G. Robson Stewart
Reviewer

***s/G. Robson Stewart*** (with consent)
Of Counsel

Attorneys for Defendant